O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVEN LEVI WILLIAMSON,<br><br>   Plaintiff,<br><br>  v.<br><br>SANTA BARBARA COUNTY MUNICIPALITIES, *et al.*,<br><br>   Defendants. | Case No. CV 14-6593-BRO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

Dated: February 23, 2015      _____
                    HONORABLE BEVERLY REID O'CONNELL
                    UNITED STATES DISTRICT JUDGE