JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVEN LEVI WILLIAMSON, | ) | Case No. CV 14-6593-BRO (KK) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| SANTA BARBARA COUNTY MUNICIPALITIES, *et al.*, | ) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 23, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE